**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ARICK JOHNSON, SR.** **PETITIONER**
ADC #185962

**v.** **CASE NO. 4:26-CV-00763-BSM**

**DEXTER PAYNE** **RESPONDENT**

**ORDER**

Magistrate Judge Joe J. Volpe's proposed findings and recommendations [Doc. No. 19] are adopted and Arick Johnson, Sr.'s claims are dismissed for failure to exhaust state court remedies. Johnson's claims are dismissed without prejudice and the clerk is directed to close this case. No certificate of appealability shall issue.

Johnson's motion for rule 54(b) [Doc. No. 20] is denied.

IT IS SO ORDERED this 29th day of September, 2026.

UNITED STATES DISTRICT JUDGE