**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ARICK JOHNSON, SR.** **PETITIONER**
ADC #185962

**v.** **CASE NO. 4:26-CV-00763-BSM**

**DEXTER PAYNE** **RESPONDENT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE